### 12715.  WILKES v. POUND.

STEPHENS, J.  1.  A father who has not parted with the parental control of his minor child is entitled to the proceeds of the labor of the child, and a contract by such minor, made with a third person without the knowledge or consent of the father, to pay to the third person a part of the wages accruing under his contract of employment, is void ‘and unenforceable.

2.  Where a part of such wages accruing to the minor has been actually transferred by him to such third person, the father is entitled to recover the same in a suit against the third person.

3.  The verdict for the plaintiff was properly directed.

*Judgment affirmed.  Jenkins, P. J., and Bell, J., concur.*
DECIDED SEPTEMBER 26, 1922.

Action for money had and received; from Hancock superior court — Judge Park. June 22, 1921.

*Burwell & Fleming,* for plaintiff in error.

*R. H. Lewis,* contra.